UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81735-CIV-DIMITROULEAS/SNOW

ERIC ROGERS,

    Plaintiff,

vs.

AMERICAN LATIN CARIBIAN MARKET 3 INC. and
ABDINSON, INC.,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Plaintiff's Notice of Settlement (the "Notice") [DE 16], filed herein on March 14, 2016. The Court has carefully reviewed the Notice [DE 16] and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Verified Motion for Final Default Judgment Against Defendants [DE 14] is hereby **DENIED AS MOOT**; and

2. The parties shall file the appropriate dismissal papers on or before **April 4, 2016**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of March 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies provided to:

Counsel of Record