UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-81735-DIMITROULEAS

ERIC ROGERS,

    Plaintiff,

vs.

AMERICAN LATIN CARIBIAN MARKET 3 INC. and
ABDINSON, INC.,

    Defendants.

_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion to Approve Consent Decree and Dismiss Defendants with Prejudice (the "Motion") [DE 18].  The Court has carefully considered the Motion and the Consent Decree attached to the unopposed Motion as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Approve Consent Decree and Dismiss Defendant with Prejudice [DE 18] is hereby **GRANTED**;

2. The Court hereby **APPROVES** the Consent Decree, Defendants AMERICAN LATIN CARIBIAN MARKET 3 INC. and ABDINSON, INC. are hereby **DISMISSED WITH PREJUDICE**;

3. The Court Retains jurisdiction to enforce the Consent Decree;

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree;

5. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida this 25th day of March, 2016.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:
Counsel of record